UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00860-MOC-DSC

| | | |
|---|---|---|
| **BRIDGET TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NORTH CAROLINA DEPARTMENT OF REVENUE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Summary Judgment. While the court will set such motion for hearing, the parties are advised the court has reviewed the pleadings and will be particularly interested in hearing why plaintiff believes her claim of gender discrimination in reassignment or reclassification of her state job can survive where defendant has shown that a person outside her protected class was treated in the exact same manner. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Summary Judgment (#38) be calendared for oral arguments.

Signed: March 20, 2015

Max O. Cogburn Jr.
United States District Judge