# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Bridget Taylor, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12cv860 |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Department of Revenue, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered; For reasons explained in the court's July 7, 2015 Order, the court granted Plaintiff's Motion for Attorneys fees and costs in the amount of $73,271.75

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2015 Order.

Signed: July 7, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court