UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00860-MOC-DSC

| | | |
|---|---|---|
| **BRIDGET TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NORTH CAROLINA DEPARTMENT OF REVENUE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Extension of Time. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Extension of Time (#76) is **GRANTED**, and the time for filing a Motion for a New Trial on the Issue of Damages is **ENLARGED** up to and inclusive of August 14, 2015. The Motion for a New Trial (#77), which was protectively filed, is **WITHDRAWN** at plaintiff's request and without prejudice to allow the parties additional time to discuss an amicable resolution short of retrial.

Signed: August 3, 2015

Max O. Cogburn Jr
United States District Judge

-1-